IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL S. OWL FEATHER-GORBEY, | Civil No. 3:20-cv-1050 |
| Plaintiff | (Judge Mariani) |
| v. | |
| MR. GASS, *et al.*, | |
| Defendants | |

## ORDER

**AND NOW**, this 15th day of October, 2020, upon consideration of Plaintiff's complaint, and in accordance with the Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The motion (Doc. 2) to proceed *in forma pauperis* is **DENIED**.

2. On or before November 4, 2020, Plaintiff shall **TENDER** to the "Clerk, U.S. District Court" payment in the amount of $400.00, which represents a statutory filing fee in the amount of $350.00 and a $50.00 Administrative Fee.

3. Failure to comply with this Order will result in dismissal of the action without further notice of Court.

4. This action is **STAYED** pending receipt of Plaintiff's filing fee.

5. Plaintiff's request (Doc. 13) for, *inter alia*, an Order directing the prison to provide his Prisoner Trust Fund Account Statement is **DISMISSED** as moot.

6. Plaintiff's motion (Doc. 9) to amend is **GRANTED**.

7. Plaintiff's motion (Doc. 14) to present new facts regarding his imminent danger claim is **GRANTED** to the extent that the Court has considered the statement of facts. Upon review of the asserted new facts, the Court finds that Plaintiff has failed to allege that he was in imminent danger of serious physical injury at the time he signed and filed the complaint.

Robert D. Mariani
United States District Judge